UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Desantis, Blane Corey | Docket No. | 2:18CR00077-WFN-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Blane Corey Desantis, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 22nd day of May 2018, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Modified Condition:** The defendant shall participate in a substance abuse evaluation and participate in any recommended treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Blane Corey Desantis is alleged to have been cited for no valid operator's license with valid identification and second degree negligent driving on July 22, 2018.

On May 31, 2018, the conditions of pretrial release supervision were reviewed with Mr. Desantis. He acknowledged an understanding of his conditions, including standard condition number 1.

The following information is gathered from Spokane Valley Police Department (SVPD) report number 181000482, and local court records.

On July 22, 2018, an officer with the SVPD was traveling east bound on Interstate 90 in Spokane Valley, Washington, and observed a black BMW quickly change lanes without using a turn signal. As the officer attempted to pull closer to the BMW, the vehicle accelerated until they were steadily driving at 92 miles per hour (MPH), in a 60-MPH speed zone, according to the patrol vehicle's gauges.

The officer stopped the vehicle and contacted the driver, who was identified as Mr. Desantis. The officer learned that Mr. Desantis' driving status was suspended in the third degree. Subsequently, the officer issued Mr. Desantis citations for failure to signal, third degree driving while license suspended, and reckless driving.

Mr. Desantis was formally charged in Spokane County District Court, case number 8Z0701531, with third degree driving while license suspended and reckless driving. In addition, Mr. Desantis was cited for failure to signal in Spokane County District Court case number 8Z0701530.

On August 9, 2018, the third degree driving while license suspended charge was amended no valid operator's license with valid identification, in which Mr. Desantis received a $250 fine. The reckless driving charge was amended to second degree negligent driving, in which Mr. Desantis received a $500 fine.

Also on August 9, 2018, the failure to signal citation was dismissed by the Spokane County District Court.

**Violation #2:** Blane Corey Desantis is alleged to have failed to report to the U.S. Probation Office, as instructed, on August 13, 2018, and September 26, 2018.

On May 31, 2018, the conditions of pretrial release supervision were reviewed with Mr. Desantis. He acknowledged an understanding of his conditions, including standard condition number 6.

On August 1, 2018, the undersigned officer met with Mr. Desantis at his residence for a home contact. During that meeting, the undersigned officer instructed Mr. Desantis to report to the U.S. Probation Office on August 13, 2018, at 8:30 a.m. and was given a business card with the appointment information. Mr. Desantis failed to report to the probation office as instructed on August 13, 2018, nor did he contact the undersigned officer to reschedule the appointment.

On September 13, 2018, the undersigned officer met with Mr. Desantis at the U.S. Probation Office. During that meeting, Mr. Desantis was instructed to report to the U.S. Probation Office on September 19, 2018, at 3:45 p.m.

On September 19, 2018, at 3:11 p.m., Mr. Desantis contacted the undersigned officer via text messaging advising he was working and unable to attend the scheduled appointment. He agreed to report to the U.S. Probation Office on September 26, 2018, at 3:45 p.m.

Mr. Desantis failed to report to the U.S. Probation Office as scheduled on September 26, 2018. On that same date, at 4:17 p.m., the undersigned officer attempted to contact Mr. Desantis via text messaging regarding his missed appointment. Mr. Desantis did not respond to that text message until October 1, 2018, in which he advised he was having issues with his cellular phone.

It should be noted, the undersigned officer's last in person meeting with Mr. Desantis was on September 13, 2018. Multiple attempts by the undersigned officer to establish another in person meeting with Mr. Desantis by telephone, text messaging, at his residence, and through defense counsel have been unsuccessful. As a result of these attempts, Mr. Desantis has sporadically responded to the undersigned officer through text messaging, but has not availed himself for an in person meeting since September 13, 2018.

Mr. Desantis' last text message communication with the undersigned officer was on October 4, 2018. As a part of that text messaging conversation, the undersigned officer instructed Mr. Desantis to report to the U.S. Probation Office on October 5, 2018, at 3:30 p.m. Mr. Desantis responded on October 4, 2018, and stated he was going to be attending a court appearance regarding his case with Child Protective Services, and was drafting a motion to have his mother adopt his child, which would take all day on October 5, 2018. The undersigned officer responded to Mr. Desantis' text message by instructing him to report to the U.S. Probation Office on October 9, 2018, at 7:30 a.m. to discuss his substance abuse treatment, employment, and reporting issues. Mr. Desantis did not respond to that text message

**Violation #3:** Blane Corey Desantis is alleged to have tested positive for the presence of amphetamine and methamphetamine on September 13, 2018.

On May 31, 2018, the conditions of pretrial release supervision were reviewed with Mr. Desantis. He acknowledged an understanding of his conditions, including standard condition number 9.

On September 13, 2018, Mr. Desantis reported to the U.S. Probation Office and provided a urine sample that tested presumptively positive for the presence of amphetamine and methamphetamine. Mr. Desantis denied using any illegal controlled substances. Subsequently, the urine sample was sent to Alere Toxicology (Alere) for further analysis.

On September 23, 2018, Alere confirmed the above-noted urine sample tested positive for the presence of amphetamine and methamphetamine.

**Violation #4:** Blane Corey Desantis is alleged to have failed to provide verification that he has participated in a substance abuse evaluation or attend any recommended treatment.

On July 16, 2018, Mr. Desantis agreed to modify the conditions of pretrial release supervision to include him participating in a substance abuse evaluation and attend any recommended treatment. On July 19, 2018, the Court approved the aforementioned modification.

On July 23, 2018, Mr. Desantis reported to the undersigned officer that he was scheduled to enter into intensive outpatient substance abuse treatment on or about July 25, 2018. Mr. Desantis advised he could not remember the name of the substance abuse treatment agency where he would be attending services.

On August 1, 2018, Mr. Desantis reported to the undersigned officer that he was referred for outpatient substance abuse treatment by a local treatment facility and would be attending services later that week. Again, Mr. Desantis advised he could not remember the name of the agency where he would be attending outpatient substance abuse treatment services.

On September 13, 2018, Mr. Desantis reported to the undersigned officer that he was attending treatment at Spokane Addiction and Recovery Center (SPARC). He signed a release of information to allow the undersigned officer to confirm he was attending substance abuse treatment at that agency.

On September 27, 2018, the undersigned officer contacted SPARC to confirm Mr. Desantis' participation in treatment services with that agency. SPARC reported Mr. Desantis contacted that agency on August 9, 2018, and scheduled a substance abuse assessment for August 16, 2018. Mr. Desantis failed to appear for his scheduled substance abuse assessment at SPARC on August 16, 2018. SPARC further confirmed that Mr. Desantis was not enrolled in treatment services with that agency.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: October 12, 2018 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
**Re: Desantis, Blane Corey**
**October 12, 2018**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____10/12/2018_____
Date